IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 12-11 Conner |
| v. | : | (VIO: 18 U.S.C. §§ 111(a)(1)&(b)) |
| RICKY JEROME SMITH | : | ELECTRONICALLY FILED |

### INDICTMENT

**FILED HARRISBURG**
JAN 2 5 2012
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### COUNT ONE
Assault On A Correctional Employee
18 U.S.C. §§ 111(a)(1) & (b)

**THE GRAND JURY CHARGES THAT:**

On or about the 19th day of January 2012, at the United States Penitentiary, Union County, Lewisburg, Commonwealth of Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

**RICKY JEROME SMITH,**

inflicted bodily injury on a correctional employee by willfully and forcibly striking him in the head while said correctional employee was engaged in the performance of his duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT TWO
Assault On A Correctional Employee
18 U.S.C. § 111(a)(1)

**THE GRAND JURY CHARGES THAT:**

On or about the 19th day of January 2012 at the United States Penitentiary, Union County, Lewisburg, Commonwealth of

Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

**RICKY JEROME SMITH,**

had physical contact on a correctional employee by willfully and forcibly striking him in the head while said correctional employee was engaged in the performance of his duties, in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT THREE
### Resisting And Impeding Correctional Employees
### 18 U.S.C. § 111(a)(1)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the 19th day of January 2012, at the United States Penitentiary, Union County, Lewisburg, Commonwealth of Pennsylvania, a Federal penal and correctional institution, in the Middle District of Pennsylvania, and within the jurisdiction of this Court, the defendant,

**RICKY JEROME SMITH,**

knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with correctional employees while said

correctional employees were engaged in the performance of their duties, in violation of Title 18, United States Code, Section 111(a)(1).

_Peter J. Smith/wcs_
PETER J. SMITH
UNITED STATES ATTORNEY