United States District Court Middle District Pennsylvania

United States of America
v.
Ricky Jerome Smith
    Defendant

Case No. 4:12-MJ-16

Motion Requesting Polygraph Testing on Defendant by U.S Attorneys Office or Court funded Polygraph Tester, Also Polygraph Testing of C.O T. Crawford and J. Pealer

Presented to open ct 1/26/12
pending breif
Signed by Ricky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America
v.
Ricky Jerome Smith
    Defendant

Case No: 4:12-MJ-16

Motion Requesting Emergency Medical attention such as X-Rays, Brain Scans, Blood Lap Work, Urinanilais, EKG Heart Reading, Blood pressure reading and Vital sign reading

---

Presented to open court 1/26/12
pending breif
    Signed by Ricky Smith   1/26/12

United States District Court Middle District Pennsylvania

United States of America

V.

Ricky Jerome Smith
Defendant

Case No. 4:12-MJ-16

Motion For Defendant To Be Removed From Clinton County Correctional Facility Due To Torture, Denial Of Emergency Medical Attention, Denial To Law Library, Denial To Proper Writting Matirials, Denial To Phone Access, Being Forced To Live In Cell With (24) Hour Vedioe Cambra, Being Forced To Live in Cell with 30 Degree Air Temperture. Being Forced To Walk Threw Open Population In Hand Cuffeds And Leg Shackels., Also Other Unconstitutional Conditions And Conduct.

Presented to open court 1/26/12 pending breif.

Signed by Ricky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America

v.

Ricky Smith
    Defendants

Case No. 4:12-MJ-16

Motion For Continuince of all hearing relating to this case due to my Henderance to prepair proper defence.

Presented to open court 1/26/12
pending breif
    Signed by Ricky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America

v.

Bicky Jerome Smith
Defendant

Case No. 4:12-MJ-16

Motion To Bar Magistrate Judge William Arbuckle From All Further Preceedings And Hearings Related To This Case Due To Unconstitutional Conduct AT ~~Initial~~ Court Preceeding etc...

Presented to open court 1/26/12
pending breif
Signed by Bicky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America

v.

Ricky Jerome Smith

Defendant

Case No. 4:12-MJ-16

Motion For Restrainting Order (on FBI Agent Timothy K. O'Malley, Judge William I. Arbuckle III, Attorney Stephen Becker, Deputy Clerk Cindy Hitesman, Arresting US Marshal John Doe, Second Arresting U.S Marshal John Doe, Prosacuting U.S Attorney John Doe, Pretrial Service Officer Bachel A. Johnson, Corrections Officer Timothy Crawford, Corrections Officer Jeffrey Pealer) for Malicious Prosacution, False Arrest, Perjury, Fabricating Government Documents, Attempted Intimidation, Assault Inflicting Injury Attempted Murder, Harassment, Obstructing Justice, Aiding And Abeding A Crime

This motion is also directed at all **persons** and offices directly affiliated with above named people. This Restrainting Order also is to stop above named persons from any further Influeince, **Official Attority** or Contact in this Complaint.

Presented to open court 1/26/12

pending breif

Signed by Ricky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America

v.

Ricky Jerome Smith
   Defendant

Case No: 4:12-MJ-16

Motion To Hold, Two Arresting US Marshal John Doe in contempt of court for failing to provide emergency attention and Photograph injurys related to criminal complaint as requested by Magistrate Judge upon defendants request.

Presented to open court 1/26/12
pending brief
         Signed by Ricky Smith 1/26/12

United States District Court Middle District Pennsylvania

United States of America

v.

Ricky Jerome Smith
  Defendant

Case No. 4:12-MJ-16

Motion To Hold Appointed Attorney Stephen Becker in Contempt of Court for Intentional Mis-Representation, Violations Of Attorny Client Privaleges And other Unconstitutional Conduct By Refusing To Take Photographs And Document Defendant Injurys, Failing To Request Custody Agents To Phototgraph And Document Injurys, Failure To Request Emergency Attention For Injurys By Custody Agents Or Magistrate Judge, Failure To Safe Gaurd All Photographs, Medical Records And Documents Related To Injurys, Failure To Request Legal Access And writting Maticials By Defendants Custody Agents, Attempting to Physically Restrain Defendant From Speaking At Court Hearing, Holding Vital Legal Documents From Defendant At Court Hearing, Refusing To Assist Defendant In Prepairing (FBI)(BOP)(U.S marshal)(Court Official) Grievance Complaints, Attempted To Intimidate, Distract And Discourage Defendant From Prepairing Proper Defence, Refusing To Contact Civil Rights Organizations.

Presented to open Court pending breif by Ricky Smith  1/24/12