United States District Court Middle District Pennsylvania

United States Of America /

vs. / Criminal No. 4:12-CR-0011

Ricky Smith /

Defendant / (Judge Conner)

FILED
WILLIAMSPORT, PA
MAR 2 0 2012
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Motion Requesting Court Funding For Private
Farinsic Specialist

See brief on reverse side
of this page written in
affadavit form by Ricky Smith
Date 3/18/12

4 Motions Total

(2 of 4)