```
                     UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : CRIM. NO. 4-12-CR-0011
                              :
            v.                : (Judge Conner)
                              :
    RICKY JEROME SMITH        : ELECTRONICALLY FILED
```

## MOTION FOR COMPETENCY HEARING
## AND A PSYCHOLOGICAL/PSYCHIATRIC
## EXAMINATION AND REPORT

COMES NOW, the United States hereby moves pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the competency of the defendant and for a psychological and/or psychiatric examination. There is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The United States defers to Magistrate Judge Arbuckle's assessment of the defendant on January 20 and January 26, 2012, during the initial appearance of the defendant on the complaint and the indictment, respectively. Based on the initial appearance Judge Arbuckle stated that the defendant should be both physically and psychologically examined.  The United States request a hearing on the question of the defendant's competency and for a psychological and/or psychiatric examination and report pursuant to 18 U.S.C. §§ 4247(b) and (c).

WHEREFORE the United States respectfully request the court to order that the defendant be transferred by the Attorney General to a suitable Bureau of Prisons facility for a psychological and/or psychiatric examination and that a psychiatric and/or psychological report be filed with the court pursuant to 18 U.S.C. §§ 4247(b) and (c), and copies provided to counsel.

    Respectfully submitted,

    PETER J. SMITH
    United States Attorney

    By s/William C. Simmers
    WILLIAM C. SIMMERS
    Assistant United States Attorney
    PA ID 83865
    Herman T. Schneebeli Federal Bldg.
    240 West Third Street, Suite 316
    Williamsport, PA 17701-6465
    Tele: (570) 326-1935
    FAX: (570) 326-7916
    Electronic Mail:
    Bill.Simmers@usdoj.gov

Dated: April     11    , 2012

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA     : CRIM. NO. 4-12-CR-0011
                             :
       v.                    : (Judge Conner)
                             :
   RICKY JEROME SMITH         : **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**MOTION FOR COMPETENCY HEARING
AND A PSYCHOLOGICAL/PSYCHIATRIC
EXAMINATION AND REPORT and proposed ORDER**

by mailing electronically on April __11__, 2012, to:

ADDRESSEE:        Stephen F. Becker
                  sbecker@shapiro-becker.com

and to be mailed prepaid, United States postage on that same date to:

ADDRESSEE:    Ricky Jerome Smith
              **Columbia County Jail**
              721 Iron Street
              Bloomsburg, PA 17815


                      _S/William C. Simmers_
                      WILLIAM C. SIMMERS
                      Assistant United States Attorney