GOVERNMENT'S CASE-IN-CHIEF LIST OF EXHIBITS

Page 1 of 2

*UNITED STATES OF AMERICA v. RICKY SMITH*

**JUDGE CHRISTOPHER C. CONNER**

CRIM. NO. 4:12-CR-11

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Evidence | Witness |
|---|---|---|---|---|---|---|
| 1 | | Video/Calculated Use of Force/September 6, 2011. | | | | T. Wagner |
| 2 | | Injury Assessment/Prutzman/September 6, 2011. | | | | C.O. Prutzman P.A. Gregg George |
| 3 | | Photograph of Ricky Smith/after calculated use of force team/September 6, 2011. | | | | R. Johnson |
| 4 | | Photographs of shower area/D-2 showers/Lewisburg Penitentiary/January 19, 2012. | | | | C.O Pealer |
| 5 | | Photographs of shower area/D-2 showers/Lewisburg Penitentiary/January 19, 2012. | | | | C.O Pealer |
| 6 | | Photographs of shower area/D-2 showers/Lewisburg Penitentiary/January 19, 2012. | | | | C.O Pealer |
| 7 | | Photographs of shower area/D-2 showers/Lewisburg Penitentiary/January 19, 2012. | | | | C.O Pealer |
| 8 | | Photographs of shower area/D-2 showers/Lewisburg Penitentiary/January 19, 2012. | | | | C.O Pealer |
| 9 | | Photograph of Pealer/January 19, 2012. | | | | C.O. Pealer |
| 10 | | Injury Assessment/Pealer/January 19, 2012. | | | | C.O. Pealer Hartzel, RN |
| 11 | | Photograph of Crawford/January 19, 2012. | | | | C.O. Crawford |

GOVERNMENT'S CASE-IN-CHIEF LIST OF EXHIBITS

Page 2 of 2

*UNITED STATES OF AMERICA v. RICKY SMITH*

**JUDGE CHRISTOPHER C. CONNER**

**CRIM. NO. 4:12-CR-11**

| **Plaintiff** | **Defendant** | **Description of Item** | **Identified** | **Ruling** | **Evidence** | **Witness** |
|---|---|---|---|---|---|---|
| 12 | | Injury Assessment/Crawford/January 19, 2012. | | | | C.O. Crawford Hartzel, RN |
| 13 | | Video/ Use of force video/January 13, 2012. | | | | C.O. Lutz |
| 14 | | Photograph of Ricky Smith/January 19, 2012. | | | | C.O. Crawford |
| 15 | | Health Encounter with Ricky Smith/January 19, 2012. | | | | D. McClintock |
| 16 | | Video/Camera 129, 130 "still photos"/January 19, 2012. | | | | R.Johnson |
| 17 | | Camera 129/D-Block/January 19, 2012. | | | | R.Johnson |
| 18 | | D-Block/all video clips/January 19, 2012. | | | | R.Johnson |