# CLERK'S EXHIBIT LISTING

JUDGE: _____Judge Conner_____

Case Name and Number: _____USA v. Ricky Smith, 4:12-CR-11_____

Name of party submitting this list: _____Defense_____

| EXHIBIT INITIAL & NO. | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| D-#1 | Jury Pool List | 8/27/12 | 8/27/12 | 8/27/12 | "NO WITNESS" |
| D-#1 thru D#17 | Photographs of defendant | | 8/28/12 | 8/28/12 | McClintock |
| | *Dft waived right of original exhibits D#1 thru D#17. Court substituted color photocopies per dft's request. Originals w/1 color photocopy of D#1 thru D#17 were given to dft.* | | | | |